# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

### DIVISION

IN RE: Vada Meochie Coleman  :  Case No.: 14-66722

:  Judge

:  Chapter: 7

Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mention, was more than 18 years of age, and that on the 15th day of September, 20 14, I served a copy of

Amended Voluntary Petition

which was filed in this bankruptcy matter on the 11th day of September, 20 14.

Mode of service (check one):  ● MAILED    ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

See Attached List

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: September 15, 2014

Signature: _____

Printed Name: Allen Meadors

Address: 260 Peachtree Street N.E.
Suite 1201
Atlanta, GA 30303
Georgia Bar No: 500150

Phone: (404) 273-3391

(Generic Certificate of Service - Revised 4.13)

American Express
P.O. Box 981537
El Paso, TX 79998

American Honda Financial Services
P.O. Box 1027
Alpharetta, GA 30009-1027

Citi Cards
P.O. Box 6421
Sioux Falls, SD 57117

CitiMortgage, Inc.
P.O. Box 6243
Sioux Falls, SD 57117

Dept. of Education/Sallie Mae
P.O. Box 9635
Wilkes Barre, PA 18773

Fifth Third Bank, N.A.
5050 Kingsley Drive
Cincinnati, OH 45227

G.E. Capital Retail Bank, N.A.
P.O. Box 965036
Orlando, FL 32896

Home Furnishings Credit Company
5324 Virginia Beach Boulevard
Virginia Beach, VA 23462

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

United Consumer Financial Services Co.
865 Bassett Road
Westlake, OH 44145

Wells Fargo Financial National Bank
800 Walnut Street
Des Moines, IA 50309